# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>RUSSELL HARLIE WETHERBY,<br><br>   Defendant. | Case No: 2:16-mj-00186-PAL<br><br>ORDER CONTINUING<br>BENCH TRIAL |

  Based on the pending stipulation of counsel, and good cause appearing therefore,:

  IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 25, 2016, at the hour of 8:45 a.m., be vacated and continued to _July 13_, 2016, at the hour of 8:45 a.m.

  DATED this _24th_ day of May, 2016.

                _____
                UNITED STATES MAGISTRATE JUDGE

3